**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY L. LOPEZ, | No. EDCV 10-794-DMG(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| A. HEDGPETH, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 27, 2013

_____
DOLLY M. GEE
United States District Judge